The People of the State of New York ex rel. Barbara Braun, Individually and as Executrix, etc., of Michael Braun, Deceased, Relator, v. Joseph P. Hennessy and Others, Composing the Board of Assessors of the City of New York, Respondents.— Writ of certiorari dismissed, with fifty dollars costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. Joseph O'Connor, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination annulled and relator restored to his position, with fifty dollars costs and disbursements, on the ground that giving to the relator the presumption of innocence, the evidence on which the dismissal was based (the charges involving the commission of a crime) was insufficient to warrant a dismissal. (*People ex rel. McAuley* v. *Baker*, 139 App. Div. 148, 150.) Jenks, P. J., Burr, Thomas and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Eunice Niemoller Schmidt, Appellant, v. John F. Brennan and Edward Valentine, as Executors, etc., of Naomi Duncomb Ring, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Ida Silberman, Appellant, v. Louis Scher, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Arthur Sirois, Appellant, v. Alexandrine Sirois and Others, Respondents.— Order of reference and order denying motion to vacate reversed, without costs, and order of reference vacated, without costs, upon the ground that the court was without power to grant the order of reference. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Wadley & Smythe, Respondent, v. William Henry Hall, Appellant, Impleaded with Another, Defendant.— Judgment in so far as appealed from affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Henry S. Cox, Respondent, v. Hewlett Bay Company and Others, Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Luigi Criscuoli, Respondent, v. Flora Criscuoli, Appellant.— Motion for reargument granted, and hearing set down for Monday, June 2, 1913. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

William Douth, Respondent, v. Rhinelander Waldo and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.